## United States District Court
## Violation Notice

CVB Location Code: OS60

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FARO000J | JOHNSON | 1901 |

FARO000J

### YOU ARE CHARGED WITH THE FOLLOWING

Date and Time of Offense: 07/11/2014  23:30

Offense: FED  36CFR  2614D

Place of Offense: LEITH RUN CAMPGROUND SITE 21

Offense Description: Factual Basis for Charge     HAZMAT ☐

LOUD NOISE- CAUSING PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM BY MAKING UNREASONABLY LOUD NOISE.

### DEFENDANT

Phone ( )

| Last Name | First Name | M. |
|---|---|---|
| SEXTON | SAMANTHA | J |

Street Address:

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

Drivers License     CDL ☐  D.L. ☐     Social Security

☐ Adult ☐ Juvenile  Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE     VIN                                       CMV ☐

| Tag No. | State | Year | Make/Model  PASS ☐ | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$100.00  Forfeiture
$25.00   Processing

PAY THIS    $125.00   Total Collateral

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court: 85 Marconi Blvd.
Columbus, OH 43215

Date (mm/dd/yyyy): 12/17/2014
Time (hh:): 11:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FARO000J

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that ____July 11, 2014____ while exercising my duties as a law officer in the ____Southern____ District of ____OH____

Pursuant to 16USC 551: I received a report from the Leith Run Campground host that two women had complained that a group of six individuals, including Samantha J. SEXTON, had been drinking and cursing loudly through out the night while occupying Site 21 in the primitive area of the campground. I responded to the area and collected written statements from both of the women that stated that they had heard loud yelling and cursing and that at one point in the night they heard one person say "I'll shove this gun up your ass and pull the trigger" followed by the sound of a gun's action cycling. I contacted the group and secured a 9mm handgun before talking with the six individuals. Though no one admitted to using any threatening language or threatening to shoot anyone, the group did state that they were loud and could have easily caused a disturbance with their language.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed ____July 11, 2014____  [signature]
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident